Opinion issued August 4, 2015



In The

# Court of Appeals

For The

# First District of Texas

―――――――――――――

## NO. 01-15-00594-CV

―――――――――――――

## IN RE ROBINSON HELICOPTER COMPANY, INC., Relator

―――――――――――――――――――――――――――――

### Original Proceeding on Petition for Writ of Mandamus

―――――――――――――――――――――――――――――

## MEMORANDUM OPINION

Relator, Robinson Helicopter Company, Inc., has filed a petition for writ of mandamus contending that respondent, the Honorable Mike D. Miller, abused his discretion in compelling production of documents relating to Robinson's current net worth.[1]

---

[1] The underlying case is *Nathan S. Ates, Individually and as Personal Representative of the Estate of Joyce A. Ates, Deceased; Sonia Ates and Nathan M. Ates v. Robinson Helicopter Company, Inc., Helicopter Services, Inc. and the Estate of Christopher*

We deny the petition and dismiss as moot Robinson's motion for reconsideration of its limited motion for emergency stay.

**PER CURIAM**

Panel consists of Justices Keyes, Huddle, and Lloyd.

---

*Yeager*, Cause No. 2014-34635, in the 11th District Court of Harris County, the Honorable Mike D. Miller presiding.